## MILLER v STAR CO

Ohio Appeals, 2nd Dist, Franklin Co

No 2793. Decided Jan 5, 1938

McMahon & Kanter, Columbus, and J. E. Todd, Columbus, for plaintiff-appellee.

B. B. Bridge, Columbus, and H. F. Holscher, Columbus, for defendant-appellant.

### OPINION

By THE COURT

The application for rehearing presents the interesting question as to whether, if a fact is to be established by clear and convincing evidence instead of by preponderance of the evidence, the rule laid down in Hamden Lodge v Ohio Fuel Gas Co., 127 Oh St controls.

We are of the opinion that it is controlling even though the evidence upon the issue must be clear and convincing.

Application for rehearing denied.

BARNES, PJ, HORNBECK and GEIGER, JJ, concur.